UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONDELL BEDWARD,

                              Plaintiff,

                                                    **ORDER**
          -against-                                 CV 10-4233 (LDW)(ARL)

COUNTY OF NASSAU, et al.,

                              Defendants.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

          Before the court is the plaintiff's motion dated January 30, 2012, seeking to compel
defendants County of Nassau, the Nassau County Police Department, Detective John Allen and
Nassau County District Attorney Kathleen Rice (hereinafter the "County Defendants") to respond
to outstanding discovery demands and to grant plaintiff a thirty-day extension of the discovery
deadline to complete depositions. The County Defendants have opposed the motion by letter
dated February 3, 2012. Defendant Danmell Ndonye has not filed a response. Plaintiff's motion
is granted, in part.

          Plaintiff's motion to compel the County Defendants to respond to plaintiff's discovery
demands is denied as moot. The County Defendants represented in their letter dated February 3,
2012 that they have provided plaintiff's counsel with a response to Interrogatories and Document
Demands together with documents Bates stamp 000001-000101 as well as a privilege log.
Plaintiff's request for an extension of the discovery deadline to complete the depositions of the
County Defendants and defendant Ndonye is granted, for good cause. Plaintiff's counsel shall
contact defense counsel forthwith to arrange for a mutually convenient time to schedule the
depositions. To permit compliance with this order, all discovery, inclusive of expert discovery, is
to be completed by April 9, 2012. The deadline to commence dispositive motion practice is
extended to April 23, 2012. The final conference scheduled for February 28, 2012 is adjourned to
May 7, 2012 at 11:30 a.m. The parties are directed to file a proposed joint pretrial order prior to
the final conference.


Dated:  Central Islip, New York             **SO ORDERED:**
          February 8, 2012

                                            _____/s/_____
                                            ARLENE R. LINDSAY
                                            United States Magistrate Judge